FILED
CLERK, U.S. DISTRICT COURT
AUG 1 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-0392-SVW |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation/ |
| | ) Supervised Release Conditions) |
| PEDRO BARAJAS-PEREZ | ) |
| | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒  the appearance of defendant as required; and/or

(B) ☒  the safety of any person or the community.

//
//

The court concludes:

A.  (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal activity. See Defendants criminal history and current allegations._

(B)  (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will make all court appearances. No bail resources and possible substance abuse issues._

IT IS ORDERED that defendant be detained.

DATED: 8/15/13

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2